

**NUMBER 13-16-00480-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## EX PARTE JOSE MARIA REYES

**On Appeal from the 93rd District Court
of Hidalgo County, Texas.**

# O R D E R

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Order Per Curiam**

Appellant, Jose Maria Reyes, seeks to appeal the trial court's denial of his application for writ of habeas corpus. The record currently before the Court fails to include a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a)(2) (requiring trial court to enter certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order"), (d) (requiring record to include trial court's certification).

Accordingly, this matter is ABATED and REMANDED to the trial court for entry of a certification of the appellant's right to appeal. On remand, the trial court shall immediately issue notice of a hearing and accordingly conduct a hearing addressing the foregoing matter. We further direct that, after conducting the hearing, the trial court certify whether appellant has the right of appeal. The trial court's certification, and any orders it enters, shall be included in a supplemental clerk's record. The trial court is directed to cause the supplemental clerk's record to be filed with the Clerk of this Court within thirty days of the date of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this
the 28th day of October, 2016.

2